State v. Wilson.

## STATE OF MISSOURI, Respondent, v. DAVID WILSON, Appellant.

### Kansas City Court of Appeals, April 4, 1910.

JURISDICTION: Felony: Appeal. Where on an information charging an assault with intent to kill and murder, the punishment is fixed at $100, the case is one involving a charge of felony, and the Supreme Court alone has jurisdiction.

Appeal from Buchanan Criminal Court.—*Hon. T. F. Ryan,* Judge.

TRANSFERRED TO SUPREME COURT.

*Mytton & Parkinson* for appellant.

*Chas. F. Keller,* for respondent, filed no brief.

ELLISON, J.—The defendant was charged in an information with an assault with a deadly weapon with intent to kill and murder. He was convicted of what is termed a common assault, and fined one hundred dollars, and thereupon he took his appeal to this court.

We think we have not jurisdiction of the cause. The charge is of a felony. An assault with intent to kill may be punished by imprisonment in the penitentiary. [Sec. 1848, Revised Statutes 1899.] And any crime which may have the penitentiary for its punishment, is a felony. [Sec. 2393, R. S. 1899.] This court has jurisdiction of misdemeanors alone and a misdemeanor is an offense punishable by fine or county jail *only.* These matters have been heretofore determined, and the fact that a punishment has been assessed at a fine does not affect jurisdiction. [State v. Gilmore, 28 Mo. App. 561; State v. Melton, 117 Mo. 618; State v. Zinn, 141 Mo. 329; State v. Melton, 53 Mo. App. 646.]

The case will be transferred to the Supreme Court. All concur.